UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE S. MILLAN, | ) | 1:07-CV-01440 LJO JMD HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DENYING MOTION TO APPOINT |
| v. | ) | COUNSEL |
| | ) | |
| A. HEDGPETH, | ) | [DOC # 16] |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 17, 2008, Petitioner filed a motion to appoint counsel. Currently, there exists no absolute right to the appointment of counsel in habeas proceedings. *See e.g.*, Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See* Rule 8(c), Rules Governing Section 2254 Cases.

Here, the Court does not find that the interests of justice require the appointment of counsel at the present time. Accordingly, Petitioner's request for appointment of counsel is DENIED.

IT IS SO ORDERED.

**Dated:    November 24, 2008            /s/ John M. Dixon**
                                                    UNITED STATES MAGISTRATE JUDGE